# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                              CASE NO.  3:06cr119/RV

ARTHUR REVILLOSA

## REFERRAL AND ORDER

Referred to Senior Judge Roger Vinson on  November 2, 2006
Motion/Pleadings:  MOTION in Limine or to Supress Evidence
Filed by  Defendant     on 11/01/2006     Doc.#  18
RESPONSES:

                                                on              Doc.#
                                                on              Doc.#

_____ Stipulated     _____ Joint Pldg.
_____ Unopposed      _____ Consented

                                                WILLIAM M. McCOOL, CLERK OF COURT

                                                s/Jerry Marbut
LC (1 OR 2)                        Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  7th  day of  November , 2006, that:*

*The relief requested is GRANTED as to the EEO evidence, but DENIED as to the prior mail incident in or about 2002.*

                                                /s/ *Roger Vinson*
                                                *ROGER VINSON*
                                    *Senior United States District Judge*