**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

vs.                                                                               Case no: 3:06cr119/RV

<u>**ARTHUR REVILLOSA a/k/a "Archie" /**</u>

<u>**JUDGMENT OF ACQUITTAL ON JURY VERDICT**</u>

The above entitled cause came on for trial by a jury, and the jury having returned a verdict of not guilty as to Counts One, Two, and Three of the indictment, it is thereupon

**ORDERED and ADJUDGED** that the defendant is **<u>not guilty</u>** of Counts One, Two and Three as charged in this cause.

**DONE and ORDERED** at Pensacola, Florida, this <u>8th</u> day of November, 2006.


      /s/ *Roger Vinson*
ROGER VINSON
Senior United States District Judge